STATE v. CHANCE

No. 98P99

Case below: 132 N.C.App. 134

Motion by Attorney General to dismiss petition for discretionary review and petition for writ of certiorari dismissed 6 May 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 May 1999. Justice Martin recused.

STATE v. CINTRON

No. 190A99

Case below: 132 N.C.App. 605

Petition by Attorney General for writ of supersedeas allowed 22 April 1999. Motion by Attorney General for temporary stay allowed 22 April 1999.

STATE v. CONNERS

No. 32A99

Case below: 131 N.C.App. 879

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 May 1999.

STATE v. CORBETT

No. 16A99

Case below: 131 N.C.App. 879

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

STATE v. FOSTER

No. 198P99

Case below: 132 N.C.App. 823

Motion by defendant (Foster) for temporary stay denied 28 April 1999.